**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

FABIAN URIATE-SOTO and
EVA ROMAN, individually and as parent
and next friend of Jose Roman and Maria Roman,

    Plaintiffs,

vs.	No. 11-cv-1075 WJ/SMV

JERROD C. PELOT, MATTHEW A. REEDER,
DAVID M. TAYLOR, and DANIEL A. BROKAW,

    Defendants.

**ORDER MODIFYING DISCOVERY DEADLINES, AMENDING THE SCHEDULING ORDER, AND RESETTING THE SETTLEMENT CONFERENCE**

THIS MATTER is before the Court on Plaintiffs' Unopposed Motion to Extend Discovery Deadlines and to Vacate and Reschedule Settlement Conference [Doc. 23], filed August 9, 2012. The Court has considered the motion and, being otherwise fully advised in the premises, finds good cause for granting the relief requested therein.

**IT IS THEREFORE ORDERED** that Plaintiffs' Unopposed Motion to Extend Discovery Deadlines and to Vacate and Reschedule Settlement Conference [Doc. 23] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Scheduling Order [Doc. 17] is **AMENDED** as follows:

    1.    The deadline for Plaintiffs to identify to all parties in writing any expert witness to be used by Plaintiffs at trial and provide expert reports pursuant to Fed. R. Civ.

      P. 26(a)(2)(B) is extended from Monday, August 13, 2012, until **Thursday, September 13, 2012**.

2.    The deadline for all other parties to to identify in writing any expert witness to be used by such parties at trial and provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) is extended from Monday, September 10, 2012, until **Wednesday, October 10, 2012**.

3.    The termination date for discovery is extended from Thursday, October 25, 2012, until **Monday, November 26, 2012**.

4.    The deadline for motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) is extended from Wednesday, November 14, 2012, until **Friday, December 14, 2012**.

5.    The deadline for pretrial motions, other than discovery motions, is extended from November 24, 2012, until **Wednesday, December 26, 2012**.

6.    The deadline for counsel to file a consolidated final Pretrial Order is extended as follows:  Plaintiff to Defendant on or before **Friday, February 8, 2012**; Defendant to Court on or before **Friday, February 22, 2012**.

7.    **Other than the extensions listed herein, the Scheduling Order [Doc. 17] remains in effect.**

**IT IS FURTHER ORDERED** that the Order Setting Settlement Conference [Doc. 19] is **VACATED**, and a First Amended Order Setting Settlement Conference will be filed concurrently herewith.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**