**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**FABIAN URIATE-SOTO et al.,**

    **Plaintiffs,**

**v.**                                                                                    **No. 11-cv-1075 WJ/SMV**

**JERROD C. PELOT et al.,**

    **Defendants.**

### PROTECTIVE ORDER FOR INTERNAL AFFAIRS AND PERSONNEL FILES PERTAINING TO DEFENDANTS JERROD PELOT , MATTHEW REEDER, DANIEL BROKAW, AND DAVID TAYLOR

THIS MATTER is before the Court on the Defendants' Unopposed Motion of Protective Order . . . [Doc. 33] filed on October 18, 2012. The Court, being advised that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Defendants' Unopposed Motion of Protective Order . . . [Doc. 33] is **GRANTED.**

**IT IS FURTHER ORDERED** that the City of Albuquerque will produce Internal Affairs investigations (with redaction of home addresses, home phone numbers, and social security numbers), and the personnel files (with redaction of home addresses, home phone numbers, and social security numbers) of Jerrod Pelot, Matthew Reeder, Daniel Brokaw, and David Taylor, subject to the following terms and conditions:

    1.    Plaintiffs and Plaintiffs' respective attorneys of record will return the contents of the Internal Affairs, Department and Personnel files of Defendants at the resolution of

this lawsuit;

2. Plaintiffs and Plaintiffs' respective attorneys of record will purge all copies of the contents of the Internal Affairs, Department and Personnel files of Defendants at the resolution of this lawsuit;

3. Plaintiffs and Plaintiffs' respective attorneys of record will not disclose or produce the contents of the Internal Affairs, Department and Personnel files of Defendants to any non-party at any time, except for investigators, any experts and/or consultants retained by the parties in this matter;

4. Plaintiffs and Plaintiffs' respective attorneys of record will not attach any of the contents of the Internal Affairs, Department and Personnel files of Defendants as exhibits to depositions or to motions filed with this Court unless the depositions or motions are sealed;

5. Plaintiffs and Plaintiffs' respective attorneys of record will use the information contained in Internal Affairs investigations, human resources files and personnel files for purposes of this lawsuit only and agree that this information is not to be used or disclosed in any other proceedings, litigation, depositions, and/or hearings which is not a part of 11-cv-1075 WJ-SMV.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**