IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FABIAN URIATE-SOTO, et al.,

    Plaintiffs,

vs.                                          No. 11-cv-1075 WJ/SMV

JERROD C. PELOT, et al.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO AMEND COMPLAINT

THIS MATTER is before the Court on Plaintiff's Unopposed Motion for Leave to File First Amended Complaint [Doc. 37] ("Motion"), filed December 21, 2012.[1]  The Motion is not opposed, and the relief requested will not interfere with the current scheduling deadlines. Because the amended complaint will omit certain claims against certain defendants, it will simplify the case.  For these reasons, the Court finds good cause to allow the amendment.  The Court, being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Unopposed Motion for Leave to File First Amended Complaint [Doc. 37] is **GRANTED**, and Plaintiffs may file their First Amended Complaint within fifteen days of the date of this order.

**IT IS SO ORDERED.**

                                                                     _____
                                                                     **STEPHAN M. VIDMAR**
                                                                     **United States Magistrate Judge**

---

[1] The Court commends Plaintiffs for their helpful distinction between Federal Rules of Civil Procedure 15 and 41.