IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FABIAN URIATE-SOTO, et al.,

    Plaintiffs,

v.                                                     No. 11-cv-1075 WJ/SMV

JERROD C. PELOT, et al.,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:     Tuesday, April 9, 2013, at 2:45 p.m.

**Matter to be heard**:   Schedule a settlement conference

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a status conference is hereby set for Tuesday, April 9, 2013, at 2:45 p.m.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings. Parties shall confer with Judge Vidmar to choose a date on which to conduct a settlement conference.  Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

_____
 **STEPHAN M. VIDMAR**
 **United States Magistrate Judge**